In the Matter of the Petition of ALFRED J. HUDSON, Respondent, for an Order of Mandamus against JOHN J. RYAN, as Collector of Assessments and Arrears,

etc., and Others, Appellants. EDWARD RIEGELMANN, as President of the Borough of Brooklyn, Intervenor.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.